JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beena Sethi,<br><br>        Plaintiff,<br><br>   v.<br><br>Metropolitan Life Insurance Co., et al.,<br><br>        Defendant(s). | SACV 08-00624-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:    August 13, 2009

                                                                 _____<br>
                                                                  James V. Selna<br>
                                                           United States District Judge